IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

COLUMBIA CASUALTY COMPANY                                              PLAINTIFF

v.                           No. 4:16CV00295 JLH

ADCARE HEALTH SYSTEMS, INC.;
ADCARE ADMINISTRATIVE SERVICES,
LLC; WOODLAND HILLS HC NURSING,
LLC; WOODLAND HILLS HC PROPERTY
HOLDINGS, LLC; ADCARE OPERATIONS, LLC;
DENENE HURST; JACKIE CAMPBELL;
and COOSA NURSING ADK, LLC                                             DEFENDANTS

## ORDER

Pursuant to the stipulation of the parties, this action is dismissed with prejudice, with each party to bear that party's own fees and costs.

IT IS SO ORDERED this 20th day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE